Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Georgia

### Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 19 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Dawn Wentworth
Y. A. W

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Bridge Pointe @ Jekyll Sound
Carlyle ; Co LLC
Aaulston ; Assoc PLLC
Crafted milestoneLLC
Transcendent Marketing + Dev LLC

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No.  1:25-CV-4680
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Dawn Wentworth / Y. A. W. |
| Street Address | Homeless |
| City and County | |
| State and Zip Code | |
| Telephone Number | 760 521 0144 |
| E-mail Address | dwentworth911@gmail.com |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name — Bridge Pointe @ Jekyll Sound

Job or Title (if known) —

Street Address — 6464 Dover Bluff Rd

City and County — Waverly    Camden

State and Zip Code — GA    31565

Telephone Number —

E-mail Address (if known) — info@bridgepointejs.com

Defendant No. 2

Name — Carlyle Capital

Job or Title (if known) —

Street Address — 3 Park Plaza    Suite 780

City and County — Irvine

State and Zip Code — California    92614

Telephone Number — 877 700 1914

E-mail Address (if known) —

Defendant No. 3

Name — Raulston & Assoc PLLC

Job or Title (if known) —

Street Address — 345 Frazier Ave. Suite 103

City and County — Chattanooga

State and Zip Code — TN    37405

Telephone Number — 423 704 9392

E-mail Address (if known) —

Defendant No. 4

Name — Crafted Milestone LLC

Job or Title (if known) —

Street Address — 296 Boyd School Rd

City and County — Morristown

State and Zip Code — TN    37813

Telephone Number — 423 360 4746

E-mail Address (if known) —

I-B .

Defendant #5

(#5) Transcendent marketing : Dev LLC
322 Nancy Lynn Ln , Ste 11
Knoxville , TN 37919
(865) 556-1142

---

B-2 - Corporation

(c) Raulston : Assoc PLLC
Incorporated : Tennessee
Principal business : Tennessee

(d) Crafted mileston LLC
Incorporated : Tennessee
Principal Business : Tennessee

(e) Transcendent marketing : Dev LLC
Incorporated : Tennessee
Principal Business : Tennessee

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Hate Crime - Prevention Act of 2009 (18 USC 249)
Larceny - 18 USC 641          Defamation - 28 USC 4101
Stalking - 18 USC 2261A       Threat to Life - 18 USC 115
Harassment - 18 USC 2261A     Kidnapping - 18 USC 1201
Intimidation - 18 USC 1512

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Dawn Wentworth / Y.A.W , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* Carlyle Capital , is a citizen of the State of *(name)* California . Or is a citizen of *(foreign nation)* _____ .

Principal place of business in (name) California

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* Bridge Pointe @ Jekyll Sound, is incorporated under

the laws of the State of *(name)* Georgia , and has its

principal place of business in the State of *(name)* Georgia .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* Georgia .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

50 million / plaintiff .

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Constitutional Rights Violation
The entire transaction was a forced = "hate crime"
involving all claimed statutes.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Intentional Infliction Emotional Distress
Defamatory language utilized in public spaces recorded
stalking, harassing with malicious intent to threaten
life of a black U.S. citizens.
Hate Crime.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    8-19-2025

Signature of Plaintiff

Printed Name of Plaintiff    Dawn Wentworth

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____